# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Counts,III, Walter D. | 2. Court or Organization<br><br>U.S.D.C. Western District, TX | 3. Date of Report<br><br>05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (Full) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
200 East Wall Street
Midland, Texas 79701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pepper-Counts Foundation, Knox City, Tx (non-profit) |
| 2. | Director | Chap, Inc., Knox City, Tx |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1987 | Texas County & District Retirement Systems, Austin, Tx (Defined Benefit Plan) - no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Midland Christian School, Midland, Tx - private school, teacher, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | None |
| 2. | Discover | Credit Card (account closed 04-21-14) | None |
| 3. | American Express | Credit Card | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Symetra Life Insurance Co. (Whole Life) | | None | K | T | | | | | |
| 2.  Resolution Life (Whole Life) | | None | J | T | | | | | |
| 3.  Bank of America (Cash) | A | Interest | M | T | | | | | |
| 4.  Wells Fargo (Cash) | A | Interest | J | T | | | | | |
| 5.  Wells Fargo Advantage Strategic Mun Bd Fd | A | Interest | | | Sold | 02/05/14 | J | | |
| 6.  Good Harbor Tactical Core US - GHUAX | A | Dividend | L | T | Buy | 02/03/14 | L | | |
| 7.  Nationwide Highmark Funds (Bond Class A - fixed) | A | Dividend | J | T | | | | | |
| 8.  IRA | A | Int./Div. | K | T | | | | | |
| 9.  - Blackrock Equity Dividend FD Cl C | | | | | | | | | |
| 10.  - Invesco Int'l Growth A | | | | | | | | | |
| 11.  - DWS Dreman Small Cap | | | | | | | | | |
| 12.  - Evergreen Money Mkt Fd Cl A | | | | | | | | | |
| 13.  Great-West Retirement Services (Def'd Comp) | B | Dividend | K | T | | | | | |
| 14.  - Putnam Stable Value Fund | | | | | | | | | |
| 15.  - Vanguard 500 Index Signal | | | | | | | | | |
| 16.  - Nationwide Fixed Fund | | | | | | | | | |
| 17.  Rent House (Abilene, Taylor County, Texas) | D | Rent | L | W | Buy | 05/21/14 | J | | John & Kim Hornsby |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Counts,III, Walter D. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II.1. As of termination of employment, neither I nor my former employer contribute to this plan.

III.1. Employment terminated August 2014.

VII.2. Lincoln Benefit Life Company was sold from Allstate Corp to Resolution Life Holdings, Inc., (Resolution Life), effective 04/01/14.

VII. 10. Invesco was formerly AIM (one and the same company - name change only)

VII. 12. Evergreen Money Mkt Fd Cl A is nothing more than a cash account, to be utilized only if the IRA is not fully-invested.

VII.13. Notified recently that Great-West Retirement will be given new name of Empower Retirement effective February 2015 (name change only).

| Name of Person Reporting | Date of Report |
|---|---|
| Counts,III, Walter D. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Walter D. Counts,III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544